IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH TARVER,
     Plaintiff,

vs.                            Case No.: 3:07cv354/MCR/EMT

OFFICER GEOFFRY, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On August 27, 2007, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $5.68 (*see* Doc. 5 at 1).  Plaintiff failed to pay the fee; therefore, on October 5, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 10).  On October 12, 2007, Plaintiff responded (Doc. 10) and indicated that his mother sent the initial partial filing fee on October 2, 2007 (*see id.* at 1).  To date, the clerk has not received the initial partial filing fee from Plaintiff.  Thus, the time for compliance the court's order has elapsed, and Plaintiff has not paid the initial partial filing fee as directed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 30th day of October 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).

Case No.: 3:07cv354/MCR/EMT