IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH TARVER,
    Plaintiff,

vs.                                                 Case No.: 3:07cv354/MCR/EMT

OFFICER GEOFFRY, et al.,
    Defendants.
_____/

## **ORDER**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On August 27, 2007, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $5.68 (*see* Doc. 5 at 1). Plaintiff failed to pay the fee; therefore, on October 5, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 10). On October 12, 2007, Plaintiff responded (Doc. 11) and indicated that his mother sent the initial partial filing fee on October 2, 2007 (*see id.* at 1). As of October 30, 2007, the clerk had not received the initial partial filing fee from Plaintiff; therefore, the court recommended that this case be dismissed without prejudice for Plaintiff's failure to comply with an order of the court (*see* Doc. 14). On November 7, 2007, however, Plaintiff paid $20.00 toward the filing fee (*see* Docket Entry 15). Accordingly, the court will vacate its report recommending dismissal of this case and undertake its statutory duty to review the complaint. *See* 28 U.S.C. § 1915A (explaining the court's statutory duty to screen Plaintiff's complaint).

        Accordingly, it is **ORDERED**:

        That this court's report and recommendation of October 30, 2007 (Doc. 14) is **VACATED**.

**DONE AND ORDERED** this  20th  day of November 2007.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**