IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH TARVER,
    Plaintiff,

vs.                                                Case No.: 3:07cv354/MCR/EMT

OFFICER GEOFFRY, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On June 5, 2008, this court entered an order giving Plaintiff thirty (30) days in which to file an amended complaint (Doc. 22). Plaintiff failed to respond to the order; therefore, on July 17, 2008, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 24). On August 6, 2008, after learning that Documents 22 and 24 were returned to the clerk as undeliverable (*see* Docket Entries 23, 25), the clerk was directed to re-mail the documents to Plaintiff at 7819 N.W. 228th St, Raiford, FL 32026, an address Plaintiff had earlier provided to the court, but was inadvertently not used by the clerk in mailing Documents 22 and 24 to Plaintiff. Additionally, on August 8, 2008, Documents 22 and 24 were mailed to Plaintiff at 14250 S.W. Court, Miami, Florida 33176, as the website for the Florida Department of Corrections indicated that Plaintiff had now been released from custody, and this was his stated address upon release (*see* http://www.dc.state.fl.us/InmateReleases/detail.asp?Bookmark=1&From=list&SessionID=985444231). The documents mailed to Plaintiff at his address of release have not been returned, and Plaintiff has failed to file an amended complaint as directed. Moreover, the time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of September 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**